THE STATE, EX REL. SMITH, APPELLANT, *v.* BOARD OF EDUCATION OF THE MARION CITY SCHOOL DISTRICT, APPELLEE.

[Cite as State, ex rel. Smith, *v.* Marion City Bd. of Edn. (1985), 16 Ohio St. 3d 28.]

(No. 84-323—Decided February 27, 1985.)

*Martin, Eichenberger & Baxter Co., L.P.A.,* and *Mr. Stephen D. Martin,* for appellant.

*Dennis M. Whalen Co., L.P.A., Mr. Dennis M. Whalen* and *Mr. R. Brent Minney,* for appellee.

The judgment of the court of appeals (case No. 9-83-34) dismissing the complaint for a writ of mandamus as being moot is affirmed.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.